

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4681 | **DATE** | 7/31/2007 |
| **CASE TITLE** | JOSEPH A. KOHEN, et al vs. PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: The Court grants Plaintiffs First Amended Motion for Class Certification, [doc. no. 87], denies PIMCO Funds' motion to dismiss, [doc. no. 82], grants PIMCO's Motion to Dismiss (which PIMCO Funds has joined) as to the John Doe allegations and denies the remainder of PIMCO's motion to dismiss [doc. no. 85]. Status hearing set for 9/12/07 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|