IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEF A. KOHEN, BREAKWATER TRADING, LLC, and RICHARD HERSHEY,<br><br>                Plaintiffs,<br><br>v.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, AND PIMCO FUNDS,<br><br>                Defendants. | No. 05 C 4681<br>Judge Ronald A. Guzman<br>Magistrate Michael T. Mason |

## NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE that effective February 1, 2008, the law firm Lowey Dannenberg Cohen, P.C. changed its name to Lowey Dannenberg Cohen & Hart, P.C. The office address, telephone and facsimile numbers remain the same.

Please use this new firm name on all pleadings, correspondence and other documents.

Respectfully submitted this 11th day of February, 2008.

/s/ Vincent Briganti
Vincent Briganti (VB-1497)
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza
1 North Broadway, 5th Floor
White Plains, NY 10601-2310
Phone: (914) 997-0500
Fax: (914) 997-0035

*Attorneys for Plaintiffs*

1897 / MOT / 00080373.WPD v1