# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Richard Hershey, et al.

                                    Plaintiff,

v.                                            Case No.: 1:05–cv–04681

                                            Honorable Ronald A. Guzman

Pacific Investment Management Company LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2009:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 8/5/2009. Motions for summary judgment are re–instated. Supplement brief due by 8/19/09. Response due 9/2/09. Briefs may be up to and including 10 pages. Ruling to be by mail. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.