# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

CERTIFIED COPY

July 7, 2009

BEFORE:
RICHARD A. POSNER, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No.: 08-1075 | RICHARD HERSHEY, JOSEF A. KOHEN and BREAKWATER TRADING, <br> Plaintiffs - Appellees <br><br> v. <br><br> PACIFIC INVESTMENT MANAGEMENT COMPANY and PIMCO FUNDS, <br> Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:05-cv-04681 <br> Northern District of Illinois, Eastern Division <br> District Judge Ronald A. Guzman |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)