**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEF A. KOHEN, BREAKWATER TRADING LLC, and RICHARD HERSHEY, | No. 05 C 4681 |
| Plaintiffs, | Honorable Ronald A. Guzman |
| v. | |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, and PIMCO FUNDS, | Magistrate Judge Arlander Keys |
| Defendants. | |

**APPENDIX OF EXHIBITS TO PIMCO'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF CRAIG PIRRONG**

**Exhibit 14**[1] – Pirrong, Squeeze Play: The Dynamics of the Manipulation Endgame (2008)

**Exhibit 15** – Exhibit C.2 from Rebuttal Expert Report of Michael L. Hartzmark, Ph.D.

**Exhibit 16** – Rebuttal Report of Dr. Craig Pirrong

**Exhibit 17** – Excerpt from James H. Stock & Mark W. Watson, *Introduction to Econometrics* (2d ed. 2007)

[1] Exhibits 1 to 13 appear in the Appendix of Exhibits to PIMCO's Memorandum in Support of Its Motion to Exclude Certain Expert Testimony of Craig Pirrong (Docket No. 367).

**CERTIFICATE OF SERVICE**

I, Sean M. Berkowitz, an attorney, hereby certify that on Thursday, November 12, 2009, I filed on the CM/ECF system PIMCO'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF CRAIG PIRRONG and thereby served such filing via the Court's CM/ECF notification system to all attorneys of record in this matter and also served the foregoing to the following non-CM/ECF participants:

Louis F. Burke
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022

Anne Carol Polaski
Chicago Board of Trade
141 W. Jackson Blvd., Suite 600
Chicago, IL 60604

Peggy J. Wedgworth
Craig Essenmacher
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

s/ Sean M. Berkowitz

*One of the Attorneys for Pacific Investment Management Company LLC*