# EXHIBIT 17

Case: 1.05-cv-04681 Document #: 509-5 Filed: 11/12/09 Page 2 of 4 PageID #:5116

# Introduction to Econometrics

**James H. Stock**
HARVARD UNIVERSITY

**Mark W. Watson**
PRINCETON UNIVERSITY



PEARSON
Addison
Wesley

Boston  San Francisco  New York
London  Toronto  Sydney  Tokyo  Singapore  Madrid
Mexico City  Munich  Paris  Cape Town  Hong Kong  Montreal

| KEY CONCEPT | TIME SERIES REGRESSION WITH MULTIPLE PREDICTORS |
|---|---|

## 14.6

The general time series regression model allows for $k$ additional predictors, where $q_1$ lags of the first predictor are included, $q_2$ lags of the second predictor are included, and so forth:

$$Y_t = \beta_0 + \beta_1 Y_{t-1} + \beta_2 Y_{t-2} + \cdots + \beta_p Y_{t-p}$$
$$+ \delta_{11} X_{1t-1} + \delta_{12} X_{1t-2} + \cdots + \delta_{1q_1} X_{1t-q_1} \qquad (14.20)$$
$$+ \cdots + \delta_{k1} X_{kt-1} + \delta_{k2} X_{kt-2} + \cdots + \delta_{kq_k} X_{kt-q_k} + u_t,$$

where

1. $E(u_t | Y_{t-1}, Y_{t-2}, \ldots, X_{1t-1}, X_{1t-2}, \ldots, X_{kt-1}, X_{kt-2}, \ldots) = 0$;
2. (a) The random variables $(Y_t, X_{1t}, \ldots, X_{kt})$ have a stationary distribution, and
   (b) $(Y_t, X_{1t}, \ldots, X_{kt})$ and $(Y_{t-j}, X_{1t-j}, \ldots, X_{kt-j})$ become independent as $j$ gets large;
3. $X_{1t}, \ldots, X_{kt}$ and $Y_t$ have nonzero, finite fourth moments; and
4. There is no perfect multicollinearity.

or conventional OLS-based statistical inferences (for example, performing a hypothesis test by comparing the OLS $t$-statistic to $\pm 1.96$) can be misleading. Precisely which of these problems occurs, and its remedy, depends on the source of the nonstationarity. In Sections 14.6 and 14.7, we study the problems posed by, tests for, and solutions to two empirically important types of nonstationarity in economic time series, trends and breaks. For now, however, we simply assume that the series are jointly stationary and accordingly focus on regression with stationary variables.

Part (b) of the second assumption requires that the random variables become independently distributed when the amount of time separating them becomes large. This replaces the cross-sectional requirement that the variables be independently distributed from one observation to the next with the time series requirement that they be independently distributed when they are separated by long periods of time. This assumption is sometimes referred to as **weak dependence**, and it ensures that in large samples there is sufficient randomness in the data for the law of large numbers and the central limit theorem to hold. We do not provide a precise mathematical statement of the weak dependence condition; rather, the reader is referred to Hayashi (2000, Chapter 2).

The third assumption, which is the same as the third least squares assumption for cross-sectional data, is that all the variables have nonzero finite fourth moments.

Finally, the fourth assumption, which is also the same as for cross-sectional data, is that the regressors are not perfectly multicollinear.

---

## GRANGER CAUSALITY TESTS (TESTS OF PREDICTIVE CONTENT)    KEY CONCEPT

### 14.7

The Granger causality statistic is the $F$-statistic testing the hypothesis that the coefficients on all the values of one of the variables in Equation (14.20) (for example, the coefficients on $X_{1t-1}, X_{1t-2}, \ldots, X_{1t-q_1}$) are zero. This null hypothesis implies that these regressors have no predictive content for $Y_t$ beyond that contained in the other regressors, and the test of this null hypothesis is called the Granger causality test.

---

*Statistical inference and the Granger causality test.*    Under the assumptions of Key Concept 14.6, inference on the regression coefficients using OLS proceeds in the same way as it usually does using cross-sectional data.

One useful application of the $F$-statistic in time series forecasting is to test whether the lags of one of the included regressors has useful predictive content, above and beyond the other regressors in the model. The claim that a variable has no predictive content corresponds to the null hypothesis that the coefficients on all lags of that variable are zero. The $F$-statistic testing this null hypothesis is called the **Granger causality statistic**, and the associated test is called a **Granger causality test** (Granger, 1969). This test is summarized in Key Concept 14.7.

Granger causality has little to do with causality in the sense that it is used elsewhere in this book. In Chapter 1, causality was defined in terms of an ideal randomized controlled experiment, in which different values of $X$ are applied experimentally and we observe the subsequent effect on $Y$. In contrast, Granger causality means that if $X$ Granger-causes $Y$, then $X$ is a useful predictor of $Y$, given the other variables in the regression. While "Granger predictability" is a more accurate term than "Granger causality," the latter has become part of the jargon of econometrics.

As an example, consider the relationship between the change in the inflation rate and its past values and past values of the unemployment rate. Based on the OLS estimates in Equation (14.17), the $F$-statistic testing the null hypothesis that the coefficients on all four lags of the unemployment rate are zero is 8.91 ($p$-value $< 0.001$): In the jargon of Key Concept 14.7, we can conclude (at the 1% significance level) that the unemployment rate Granger-causes changes in the inflation rate. This *does not* necessarily mean that a change in the unemployment rate will cause—in the sense of Chapter 1—a subsequent change in the inflation rate. It *does* mean that the past values of the unemployment rate appear to contain information that is useful for forecasting changes in the inflation rate, beyond that contained in past values of the inflation rate.