UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| _____ | : | |
| JOSEF A. KOHEN, BREAKWATER | : | |
| TRADING LLC and RICHARD HERSHEY, | : | |
| | : | No. 05 C 4681 |
| Plaintiffs, | : | |
| | : | Judge Ronald A. Guzmán |
| v. | : | |
| | : | |
| PACIFIC INVESTMENT MANAGEMENT | : | |
| COMPANY LLC and PIMCO FUNDS, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**<u>DEFENDANTS' STATEMENT REGARDING 28 U.S.C. § 1715</u>**

Defendants, Pacific Investment Management Company LLC ("PIMCO") and PIMCO

Funds, submit this Statement Regarding 28 U.S.C. § 1715, and state:

1.      On January 31, 2011, the Defendants served a notice under 28 U.S.C. § 1715 of

the proposed settlement of this action (the "Notice"), together with a compact disc containing

accompanying exhibits, on the United States Attorney General and on the Attorney General of

each State in the United States and the District of Columbia.  *See* Notice of Class Settlement

Pursuant to 28 U.S.C. § 1715, attached hereto as Exhibit 1; *see also* Certification of Service of

Notice of Class Settlement Pursuant to 28 U.S.C. § 1715, attached hereto as Exhibit 2.  The

Notice and accompanying exhibits were served within ten days of the filing of the Stipulation of

Settlement in this Court on January 21, 2011.  *See* 28 U.S.C. § 1715(b); *see also* Exhibit 2.

2.      Paragraphs 1 and 3-6 of the Notice detail the documents served together with the Notice on the United States Attorney General and the Attorney General of each State in the United States and the District of Columbia, as required by 28 U.S.C. § 1715(b).

3.      Because the names of individual traders in the relevant securities are not publicly available, it is not feasible at this time for the Defendants to identify and provide the names of members of the Class residing in each state, or to provide the estimated proportionate share of the claims of such members to the entire Settlement.  *See* 28 U.S.C. § 1715(b)(7)(A).   For the same reason, it is not feasible at this time even to provide a reasonable estimate of the number of members of the Class residing in each state and the estimated proportionate share of the claims of such members to the entire Settlement.  *See* 28 U.S.C. § 1715(b)(7)(B).

Dated:    February 4, 2011

Respectfully submitted,

By: /s/ _____
Robert Silver
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Ave.
New York, NY 10022

*Attorneys for* Defendant Pacific Investment
Management Company LLC ("PIMCO")

and

By: /s/ _____
Matthew L. Larrabee
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, CA 94111
(415) 262-4500

*Attorneys for* Defendant PIMCO Funds

2

**Exhibit 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| _____ | : | |
| JOSEF A. KOHEN, BREAKWATER | : | |
| TRADING LLC and RICHARD HERSHEY, | : | |
| | : | No. 05 C 4681 |
| Plaintiffs, | : | |
| | : | Judge Ronald A. Guzmán |
| v. | : | |
| | : | |
| PACIFIC INVESTMENT MANAGEMENT | : | |
| COMPANY LLC and PIMCO FUNDS, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**NOTICE OF CLASS SETTLEMENT PURSUANT TO 28 U.S.C. § 1715
BY DEFENDANTS PACIFIC INVESTMENT MANAGEMENT
COMPANY LLC AND PIMCO FUNDS**

Defendants Pacific Investment Management Company LLC ("PIMCO") and PIMCO

Funds, by their respective undersigned attorneys, hereby give notice pursuant to 28 U.S.C. §

1715, known as the Class Action Fairness Act of 2005, of a proposed settlement (the

"Settlement") in the above-captioned federal class action (the "Action") as follows:

1.      On August 26, 2005, Plaintiffs filed an initial class action complaint against

Defendants in the United States District Court for the Northern District of Illinois, captioned

*Kohen v. Pacific Investment Management Company et al.*, No. 05-cv-4681, alleging claims under

the Commodities Exchange Act.   Plaintiffs filed a Consolidated Amended Complaint on

December 20, 2005; a Corrected Consolidated Amended Complaint on December 29, 2005; and

a First Amended Consolidated Class Action Compliant on May 30, 2006.  True and correct

copies of the complaint and amended complaints are contained on the enclosed compact disc.

2.      On July 31, 2007, the Court granted Plaintiffs' motion to certify the Class.  On

July 7, 2009, the Seventh Circuit Court of Appeals affirmed the Court's order certifying the

Class.   The class consists of "[a]ll persons who purchased, between May 9, 2005 and June 30,

2005 ('Class Period'), inclusive, a June 10-year Treasury note futures contract ("June Contract")

in order to liquidate a short position (the 'Class').   Excluded from the Class are defendants and

any affiliated or associated party of defendants."   *Kohen v. Pac. Inv. Mgmt. Co. LLC*, 244

F.R.D. 469, 475 (N.D. Ill. 2007) *aff'd*, 571 F.3d 672 (7th Cir. 2009), *cert. denied sub nom.,*

*Pacific Inv. Management Co. LLC v. Hershey,* 130 S.Ct. 1504  (2010).

3.      By a Stipulation of Settlement executed and filed with the Court on January 21,

2011, Plaintiffs' Counsel and Defendants agreed to settle the Action.   A true and correct copy of

the Stipulation, including the following exhibits to the Stipulation, is contained on the enclosed

compact disc: [Proposed] Order Preliminarily Approving Settlement; [Proposed] Final Order and

Judgment; Long Form Notice of Proposed Class Action Settlement; Summary Notice; and

Escrow Agreement dated January 21, 2011.

4.      Class counsel and counsel for Defendants contemporaneously executed a

confidential Supplemental Agreement, which is contained on the enclosed compact disc.

5.      The Settlement reflected in the Stipulation was reached only after a mediation

process before the Honorable Daniel Weinstein (Ret.).  The Mediator submitted a declaration

detailing the parties' settlement efforts and the fairness of the settlement.  A copy of the

Mediator's Declaration is contained on the enclosed compact disc.

6.      On January 26, 2011, the Court entered an Order Preliminarily Approving the

Proposed Settlement, Scheduling Hearing for Final Approval Thereof, and Approving the

Proposed form and Program of Notice to the Class (the "Preliminary Approval Order").  The

7.      As of the date of this notice, no final judgment or notice of dismissal has been issued.

8.      Because the names of individual traders in the relevant securities are not publicly available, it is not feasible at this time for the Defendants to identify and provide the names of members of the Class residing in each state, or to provide the estimated proportionate share of the claims of such members to the entire Settlement.  For the same reason, it is not feasible at this time even to provide a reasonable estimate of the number of members of the Class residing in each state and the estimated proportionate share of the claims of such members to the entire Settlement.

9.      Pursuant to the Preliminary Approval Order, a Fairness Hearing has been scheduled for April 7, 2011.  Apart from the Preliminary Approval Order, no other written judicial opinions regarding the materials described in subparagraphs (3) through (6) of 28 U.S.C. § 1715(b) have been issued.

[*signature pages to follow*]

3

Dated:     January 31, 2011

Respectfully submitted,

By: /s/
        Robert Silver

        BOIES, SCHILLER & FLEXNER LLP
        575 Lexington Ave.
        New York, NY 10022

        *Attorneys for* Defendant Pacific Investment
        Management Company LLC ("PIMCO")

        and

By: /s/
        Matthew L. Larrabee

        DECHERT LLP
        One Maritime Plaza
        Suite 2300
        San Francisco, CA 94111
        (415) 262-4500

        *Attorneys for* Defendant PIMCO Funds

4

**Exhibit 2**

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be sent a true copy of the Notice of Class Settlement Pursuant to 28 U.S.C. § 1715, by FedEx, overnight delivery on the 31st day of January, 2011, to the following:

Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Attorney General of Alabama
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130

Attorney General of Alaska
211 Fourth St., Ste 200
Diamond Courthouse
Juneau, AK 99801

Attorney General of Arizona
Office of the Attorney General
1275 West Washington Street
Phoenix, AZ 85007

Attorney General of Arkansas
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

Attorney General of California
1300 I St., Ste. 1740
Sacramento, CA  95814

Attorney General of Colorado
Office of the Attorney General
Department of Law
1525 Sherman Street
Denver, CO 80203

Attorney General of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

Attorney General of Delaware
Office of the Attorney General
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Attorney General, District of Columbia
441 4th Street NW
Washington, DC 20001

Attorney General of Florida
Office of the Attorney General
1 The Capitol, PL 01
Tallahassee, FL 32399-1050

Attorney General of Georgia
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300

Attorney General of Hawaii
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813

Attorney General of Idaho
Office of the Attorney General
700 W. Jefferson Street, Ste. 210
Boise, ID 83720-0010

Attorney General of Illinois
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601

Attorney General of Indiana
Office of the Attorney General
Indiana Government Center South
302 West Washington Street, 5th Floor
Indianapolis, IN 46204

Attorney General of Iowa
Office of the Attorney General
1305 E. Walnut Street
Des Moines, IA 50319

Attorney General of Kansas
Office of the Attorney General
Memorial Hall, 2nd Floor
120 S.W. 10th Street
Topeka, KS 66612

Attorney General of Kentucky
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, KY 40601

Attorney General of Louisiana
1885 North 3rd St.
Baton Rouge, LA 70802

Attorney General of Maine
Office of the Attorney General
6 State House Station
Augusta, ME 04333

Attorney General of Maryland
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202

Attorney General of Massachusetts
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1518

Attorney General of Michigan
Office of the Attorney General
525 West Ottawa Street
Lansing, MI 48933

Attorney General of Minnesota
Office of the Attorney General
State Capitol, Ste. 102
St. Paul, MN 55155

Attorney General of Mississippi
Office of the Attorney General
550 High St., Ste. 1200
Jackson, MS 39201

Attorney General of Missouri
Office of the Attorney General
Supreme Court Building
207 West High Street
Jefferson City, MO 65101

Attorney General of Montana
Office of the Attorney General
Department of Justice
215 N. Sanders St.
Helena, MT 59601

Attorney General of Nebraska
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

Attorney General of Nevada
Office of the Attorney General
100 North Carson Street
Old Supreme Court Bldg.
Carson City, NV 89701-4717

Attorney General of New Hampshire
Office of the Attorney General
33 Capitol Street
Concord, NH 03301

Attorney General of New Jersey
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St.
Trenton, NJ 08611

Attorney General of New Mexico
408 Galisteo St.
Villagra Building
Santa Fe, NM 87501

Attorney General of New York
Office of the Attorney General
120 Broadway, 24th Floor
NY, NY 10271

Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Attorney General of North Dakota
Office of the Attorney General
State Capitol
600 East Boulevard Avenue
Bismarck, ND 58505

Attorney General of Ohio
Office of the Attorney General
State Office Tower
30 East Broad Street
Columbus, OH 43266

Attorney General of Oklahoma
Office of the Attorney General
313 NE 21st St.
Oklahoma City, OK 73105

Attorney General of Oregon
Office of the Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096

Attorney General of Pennsylvania
Office of the Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

Attorney General of Rhode Island
Office of the Attorney General
150 S. Main Street
Providence, RI 02903

Attorney General of South Carolina
1000 Assembly St., Rm. 519
Rembert Dennis Bldg.
Columbia, SC 29201

Attorney General of South Dakota
Office of the Attorney General
1302 E. Hwy 14, Suite 1
Pierre, SD 57501-8501

Attorney General of Tennessee
Office of the Attorney General
425 5th Ave. N.
North Nashville, TN 37243

Office of the Attorney General
300 W. 15th St.
Austin, TX 78701

Attorney General of Utah
Office of the Attorney General
350 North State St.,  Ste. 230
Salt Lake City, UT 84114-2320

Attorney General of Vermont
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001

Attorney General of Virginia
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Attorney General of Washington
Office of the Attorney General
1125 Washington Street, SE
P.O. Box 40100
Olympia, WA 98504-0100

Attorney General of West Virginia
Office of the Attorney General
1900 Kanawha Blvd. E
Charleston, WV 25305

Attorney General of Wisconsin
17 W. Main St.
Risser Justice Center
Madison, WI 53703

Attorney General's Office
123 Capitol Building
200 W. 24th Street
Cheyenne, WY 82001

/s/ Jason C. Cyrulnik
*Attorney for Defendant Pacific*
*Investment Management Co. LLC*